ALAN MAZZOLA *v.* THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

The defendant's motion for leave to file a supplemental brief in the appeal from the Superior Court in Windham County is granted.

*Milton L. Jacobson* and *James B. Curtin,* in support of the motion.

Submitted March 3—decided March 19, 1975

VERONICA TANASE *v.* COMMISSIONER OF WELFARE OF
THE STATE OF CONNECTICUT

The plaintiff's "Motion for Permission to File Typewritten Briefs and Appendices and for Order That Plaintiff Shall Not Have to Bear the Expense of Subsequent Printing" in the appeal from the Court of Common Pleas in Fairfield County is granted to the extent that typewritten briefs and appendices may be submitted for use on argument on the condition that briefs and appendices complying with §§ 723 and 724 of the Practice Book be submitted thereafter for permanent record.

*Richard McCarthy,* in support of the motion.

*Edward F. Reynolds, Jr.,* assistant attorney general, in opposition.